AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LAND, CLAY D. | Georgia - Middle District | 05/01/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

P.O. Box 2017
Columbus, GA
31902

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 05/01/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 05/01/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Columbus Community Bank (Checking) | A | Interest | M | T | | | | | |
| 2. Suntrust (Money Market) | A | Interest | M | T | | | | | |
| 3. CB&T (Money Markets) | A | Interest | M | T | | | | | |
| 4. CB&T (CDs) | C | Interest | N | T | | | | | |
| 5. Smith Barney (Money Markets) | A | Interest | O | T | | | | | |
| 6. Morgan Keegan (Money Markets) | A | Interest | J | T | | | | | |
| 7. Rental property, Columbus, GA (2001 $121,000) | D | Rent | M | R | | | | | |
| 8. American Funds Europacific Growth C | A | Dividend | K | T | Buy (add'l) | 12/26/12 | J | | |
| 9. American Funds Europacific Growth F1 | A | Dividend | J | T | Buy | 10/8/12 | J | | |
| 10. AOL Inc. | A | Dividend | J | T | | | | | |
| 11. ASG Global Alternatives Fund Instl CL | | None | J | T | Buy | 10/8/12 | J | | |
| 12. Aston River Road SM-Cap Value Class I | A | Dividend | J | T | Buy | 10/8/12 | J | | |
| 13. CISCO Systems Common Stock | A | Dividend | J | T | | | | | |
| 14. Coca-Cola, Inc. Common Stock | B | Dividend | K | T | | | | | |
| 15. Columbia Marsico Focused Equities A | B | Dividend | J | T | Buy | 10/8/12 | J | | |
| 16. Comcast Corp Common Stock | A | Dividend | J | T | | | | | |
| 17. Diamond-Hill Long-Short Fund A- Stock Mutual Fund | | None | | | Sold | 10/8/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Diamond-Hill Long-Short Fund C- Stock Mutual Fund | | None | K | T | | | | | |
| 19. DWS RREEF Global Real Estate Securities A | A | Dividend | J | T | Buy | 10/8/12 | J | | |
| 20. Federated Strategic Value IS | A | Dividend | | | Sold | 10/8/12 | J | C | |
| 21. Genon Energy, Inc. Common Stock | | None | | | Merged (with line 42) | 12/17/12 | J | | |
| 22. Goldman Sachs Mid Cap Value Fund Class C | A | Dividend | K | T | Buy (add'l) | 7/15/12 | J | | |
| 23. Hatteras Long Short Debt I | | None | | | Sold | 10/8/12 | J | A | |
| 24. Hatteras Long Short Equity I | | None | | | Sold | 10/8/12 | J | A | |
| 25. Intel, Inc. Common Stock | B | Dividend | K | T | | | | | |
| 26. IShares TR Dow Jones Select Dividend Index Fund Common | A | Dividend | K | T | | | | | |
| 27. IVY Asset Strategy Fund Class A | | None | | | Sold | 10/8/12 | J | B | |
| 28. Janus Venture Fund Class A | A | Dividend | J | T | Buy | 10/8/12 | J | | |
| 29. Japan Equity Fund Common Stock | | None | J | T | | | | | |
| 30. John Hancock Disciplined Value A | A | Dividend | J | T | Buy | 10/8/12 | J | | |
| 31. JP Morgan International Value Institutional Shares | A | Dividend | J | T | Buy | 10/8/12 | J | | |
| 32. JP Morgan Mid Cap Value I | A | Dividend | J | T | Buy | 10/8/12 | J | | |
| 33. JP Morgan US Large-Cap Core Plus Select | A | Dividend | J | T | Buy | 10/8/12 | J | | |
| 34. Lazard Emerging Markets Inst | A | Dividend | J | T | Buy | 10/8/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Manning and Napier Inc Equity Srs | A | Dividend | J | T | Buy | 10/8/12 | J | | |
| 36. MFS International New Discover Fund Class A | | None | J | T | Sold (part) | 10/8/12 | J | C | |
| 37. | | | | | Buy (add'l) | 10/10/12 | J | | |
| 38. Microsoft Inc. Common Stock | A | Dividend | J | T | | | | | |
| 39. Munder International Small/Mid Cap | A | Dividend | J | T | Buy | 10/8/12 | J | | |
| 40. MutualHedge Frontier Legends I | A | Dividend | | | Sold | 10/8/12 | J | | |
| 41. Neuberger Berman Genesis Fund | A | Dividend | J | T | Buy | 10/8/12 | J | | |
| 42. NRG Energy Inc | | None | J | T | | | | | |
| 43. PIMCO Commodity Real Return Strategy P | A | Dividend | J | T | Buy | 10/8/12 | J | | |
| 44. Powershares QQQ Tr Ser 1 FKA NASDAQ     Inc. Com Stk | A | Dividend | L | T | | | | | |
| 45. Prud Jenn Mid Cap Growth Z | A | Dividend | J | T | Buy | 10/8/12 | J | | |
| 46. Royce Heritage Fund Consultant | A | Dividend | K | T | Buy (add'l) | 7/15/12 | J | | |
| 47. Royce Total Return Fund Consultant | B | Dividend | K | T | Buy (add'l) | 7/15/12 | J | | |
| 48. RS International Growth Fund | A | Dividend | J | T | Buy | 10/8/12 | J | | |
| 49. Snow Capital Opportunity Class 1 | | None | | | Sold | 10/8/12 | J | A | |
| 50. Southern Company Common Stock | D | Dividend | M | T | Donated (part) | | | | |
| 51. SPDR S&P 500 ETF Trust (UTS SPDR Trust Ser 1 Mutual Fund) | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SunTrust Banks Inc | A | Dividend | K | T | | | | | |
| 53. T Rowe Price Intl Discovery | A | Dividend | J | T | Buy | 10/8/12 | J | | |
| 54. TCW Growth Equity Stock Mutual Fund | | None | | | Sold | 10/8/12 | J | A | |
| 55. Thornburg International Value Fund Class I | A | Dividend | | | Sold | 10/8/12 | J | C | |
| 56. Thornburg Investment Income Builder Fund | A | Dividend | | | Sold | 10/8/12 | J | A | |
| 57. Time Warner Cable, Inc Common Stock | A | Dividend | J | T | | | | | |
| 58. Time Warner, Inc Common Stock | A | Dividend | J | T | | | | | |
| 59. Victory Large Cap Growth I | | None | | | Sold | 10/8/12 | K | D | |
| 60. Walt Disney Co, Inc. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 05/01/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Section VII - Since my retirement accounts are self directed IRA's, I did not list them in aggregate in the Investments/Trusts section; but instead, the individual assets contained in the IRA's (cash equivalents and stock) are included in the individual listings of cash equivalents and stocks in the Investments/Trusts section.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CLAY D. LAND**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544